### 966. JOINER *v.* THE STATE.

POWELL, J. The evidence was such as to justify the verdict rendered. No material error appears in the record. *Judgment affirmed.*

Indictment for forgery, from Sumter superior court—Judge Littlejohn. December 19, 1907.

Submitted February 25,—Decided March 16, 1908.

*L. A. Whipple, Williams & Harper,* for plaintiff in error.

*F. A. Hooper, solicitor-general,* contra.